# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH ALEXANDER HENDERSON,
Appellant,
vs.
WILLIAM A. GITTERE, WARDEN,
Respondent.

No. 84046

**FILED**

JAN 2 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order dismissing a request for evidentiary hearing. Eighth Judicial District Court, Clark County; Carli Lynn Kierny, Judge.

Because no statute or court rule provides for an appeal from an order dismissing a request for evidentiary hearing, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). To the extent that appellant's appeal is in regard to the postconviction petition for a writ of habeas corpus filed in district court August 25, 2021, no decision has been made on that petition. *See* NRS 177.015(3) (stating that appellant may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-02873

cc: Hon. Carli Lynn Kierny, District Judge
Joseph Alexander Henderson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A